

FILED
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Center for Biological Diversity et al.

     Plaintiff

vs

Stephen L. Johnson et al.

     Defendant

CASE NUMBER   1:06CV01350

JUDGE: Gladys Kessler

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/31/2006

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Center for Biological Diversity** which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY 40403
City  State  Zip Code

859-986-5402
Phone Number