IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civ. Action No. 06-CV-1350 (GK) |
| STEPHEN L. JOHNSON, in his official capacity as Administrator, United States Environmental Protection Agency, 1200 Pennsylvania Avenue, N.W. Washington, D.C. 20460, and | )<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, 1200 Pennsylvania Avenue, N.W. Washington, D.C. 20460 | )<br>)<br>)<br>) |
| Defendants. | ) |

_____)

## ENTRY OF APPEARANCE FOR DEFENDANTS

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for Defendants Stephen L. Johnson and United States Environmental Protection Agency et al.  My contact information and e-mail address are below.

                Respectfully submitted,

                SUE ELLEN WOOLDRIDGE
                Assistant Attorney General
                Environment and Natural Resources Division

By: _____/s/_____
      ERIC G. HOSTETLER, Attorney
      D.C. Bar #445917

Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Voice: (202) 305-2326
Telecopier: (202) 514-8865
eric.hostetler@usdoj.gov

<u>Overnight Mail Address</u>
Room 8000 - Patrick Henry Building
601 D Street, NW
Washington, D.C. 20004

Counsel for Defendant EPA

Dated: October 10, 2006