# ATTACHMENT 1

Case 1:06-cv-01350-GK    Document 8-2    Filed 10/10/2006    Page 1 of 2

**ERNIE FLETCHER**
GOVERNOR



**LAJUANA S. WILCHER**
SECRETARY

COMMONWEALTH OF KENTUCKY
ENVIRONMENTAL AND PUBLIC PROTECTION CABINET
DEPARTMENT FOR ENVIRONMENTAL PROTECTION
DIVISION FOR AIR QUALITY
803 SCHENKEL LN
FRANKFORT, KY 40601-1403

August 18, 2006

Alan Farmer, Director
Air, Pesticides, and Toxics Management Division
U.S. EPA Region 4
Atlanta Federal Center
61 Forsythe Street
Atlanta, Georgia 30303-8960

RE: Withdrawal of proposed permit #V-04-024
(issued to TVA Paradise Fossil Plant
AFS# 21-177-00006, AI# 3239)

Dear Mr. Farmer:

On June 29, 2006, the Kentucky Division for Air Quality received a letter from the Tennessee Valley Authority (TVA) dated June 23, 2006, requesting that proposed permit number V-04-024 issued to the above referenced facility be withdrawn. Based on discussions with TVA and members of your staff, please consider proposed permit number V-04-024 to be withdrawn, effective the date of this letter. The Division will issue a new draft permit in the near future.

Sincerely,

John S. Lyons
Director

JSL/DJA/cam
c: Kay Prince
Don E. Gaston, Jr.
Tennessee Valley Authority
13246 State Route 176, Suite 10
Drakesboro, Kentucky 42344



Printed on Recycled Paper
An Equal Opportunity Employer M/F/D