IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, *et al.* )<br>)<br>Defendants. )<br>) | Civ. Action No. 06-CV-1350 (GK) |

**NOTICE OF FILING CORRECTED PAGE 23 OF MEMORANDUM IN OPPOSITION
TO MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER**

Plaintiffs hereby serve notice that they are filing with this Notice a corrected page 23 of

Plaintiffs' Memorandum in Opposition to EPA's Motion to Dismiss or, in the Alternative, to Transfer

filed on October 23, 2006.

Respectfully submitted,


___s/Robert Ukeiley_____
Robert Ukeiley (MD14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403
Tel: (859) 986-5402
Fax: (859) 986-1299
E-mail: rukeiley@igc.org

Counsel for Plaintiffs


DATED:  October 24, 2006