IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                          )
CENTER FOR BIOLOGICAL DIVERSITY, *et al.* )
                                          )
        Plaintiffs,                       )
                                          )          Civ. Action No. 06-CV-1350 (GK)
                v.                        )
                                          )
STEPHEN L. JOHNSON, *et al.*              )
                                          )
        Defendants.                       )
_____ )

**NOTICE OF FILING CORRECTED PAGE 23 OF MEMORANDUM IN OPPOSITION
TO MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER**

        Plaintiffs hereby serve notice that they are filing with this Notice Exhibit 3 to Plaintiffs'

Memorandum in Opposition to EPA's Motion to Dismiss or, in the Alternative, to Transfer [Doc. 10]

filed on October 23, 2006.  The Exhibit was inadvertently omitted.


                                Respectfully submitted,


                                ____s/Robert Ukeiley_____
                                Robert Ukeiley (MD14062)
                                Law Office of Robert Ukeiley
                                433 Chestnut Street
                                Berea, KY 40403
                                Tel: (859) 986-5402
                                Fax: (859) 986-1299
                                E-mail: rukeiley@igc.org

                                Counsel for Plaintiffs


DATED:  October 24, 2006