IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN L. JOHNSON, et al.<br><br>　　　　Defendants. | Civ. Action No. 06-CV-1350 (GK) |

**JOINT MOTION TO STAY ALL PROCEEDINGS**

Plaintiffs Center for Biological Diversity, Preston Forsythe and Hilary Lambert and Defendants Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency, and United States Environmental Protection Agency (collectively "EPA"), hereby jointly move to hold the case in abeyance until February 23, 2007, so that the parties may finalize and obtain the necessary approvals of a proposed agreement to settle this case. In support of this motion, the parties state as follows:

　　1.　　The parties have been engaged in settlement discussions over the last several months.

　　2.　　The undersigned representatives of the parties this week arrived at a proposed settlement agreement. Under this proposed settlement agreement, the parties would request that the Court enter an order holding litigation in abeyance during the period required to effectuate the terms of the agreement. However, this proposed agreement must be approved by authorized officials at EPA and the Department of Justice and is subject to the requirements of section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g). Section 113(g) requires that EPA provide

notice of any proposed settlement agreement in the <u>Federal Register</u> and provide a period of at least 30 days following publication to allow persons who are not parties in the litigation to comment.

      3.      As the parties have arrived at a proposed settlement agreement, it is in the interest of judicial economy that further proceedings in this matter be stayed pending necessary approvals.

      4.      Barring unforeseen circumstances, EPA expects to obtain necessary approvals and to commence the section 113(g) process within 45 days.

      5.      The parties intend to file a motion to govern further proceedings within 45 days.

WHEREFORE, the parties jointly request that the case be held in abeyance until February 23, 2007, and that the parties file a motion to govern further proceedings by February 23, 2007.

                                                    Respectfully submitted,

                                                    /s/
                                   ROBERT UKEILEY (MD 14062)
                                   Law Office of Robert Ukeiley
                                   433 Chestnut Street
                                   Berea, KY 40403
                                   (859) 986-5402
                                   E-mail: rukeiley@igc.org

                SUE ELLEN WOOLRIDGE
Assistant Attorney General
Environment and Natural Resources
      Division
U.S. Department of Justice


               /s/
_____
ERIC G. HOSTETLER, Attorney
D.C. Bar No. 445917
Environmental Defense Section
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C. 20026-3986
(202) 305-2326
E-mail: eric.hostetler@usdoj.gov

<u>Of Counsel</u>

APPLE CHAPMAN
Office of General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

VERA KORNYLAK
Office of Regional Counsel
United States Environmental Protection Agency
Sam Nunn Atlanta Federal Center
61 Forsyth Street, S.W.
Atlanta, GA 30303-8960

DATED: January 9, 2007