THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civ. Action No. 06-CV-1350 (GK) |
| STEPHEN L. JOHNSON, et al. | ) ) ) | |
| Defendants. | ) ) | |

**[proposed] ORDER**

Upon consideration of the parties' Joint Motion to Stay All Proceedings, and for good cause shown, it is hereby ORDERED, that the case be held in abeyance until February 23, 2007, and that the parties file a motion to govern further proceedings by February 23, 2007.

_____
Hon. Gladys Kessler
United States District Judge