IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CENTER FOR BIOLOGICAL          )
DIVERSITY, *et al.*                         )
                                            )
      Plaintiffs,                        )
                                            )
v.                                          ) Civ. No. 06-CV-1350 (GK)
                                            )
                                            )
STEPHEN L. JOHNSON, *et al.*       )
                                            )
      Defendants.                       )
_____)

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiffs hereby notify the Court and the parties of the change of address and fax number for the law firm of the Plaintiffs' counsel, Robert Ukeiley. The telephone and e-mail remain the same. The new information is:

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Fax: (866) 618-1017

                                        Respectfully submitted,

                                        _____
                                        Robert Ukeiley
                                        (MD14062)
                                        Law Office of Robert Ukeiley

435R Chestnut Street  
Suite 1  
Berea, KY 40403  
Tel: (859) 986-5402  
Fax: (866) 618-1017  
e-mail: rukeiley@igc.org

Dated: Feb. 13, 2007