IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civ. Action No. 06-CV-1350 (GK) |
| STEPHEN L. JOHNSON, et al. | ) ) ) |
| Defendants. | ) ) |

**JOINT MOTION TO GOVERN FURTHER PROCEEDINGS**

Plaintiffs, the Center for Biological Diversity, Preston Forsythe, and Hilary Lambert and Defendants Stephen L. Johnson and the United States Environmental Protection Agency ("EPA") respectfully request that the Court continue to hold this case in abeyance pending the public comment process required by 42 U.S.C. § 7413(g) and satisfaction of a proposed settlement that the parties have negotiated. In support of this motion, the parties state the following:

1. Plaintiffs bring claims relating to the United States Environmental Protection Agency's ("EPA's") oversight of the Commonwealth of Kentucky's regulation of a coal-fired power plant operated by the Tennessee Valley Authority ("the Paradise Plant") as well as the Commonwealth of Kentucky's Clean Air Act State Implementation Plan ("SIP").

2. The parties have negotiated a proposed settlement of the claims raised in Plaintiffs' Complaint.

3. Pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), EPA will

publish a notice of the proposed settlement for public comment, and the Administrator and Attorney General reserve their right to withdraw consent to the settlement agreement if the comments disclose facts or considerations which indicate that such consent is inappropriate.

4. The proposed agreement provides that after satisfaction of the terms of the settlement, Plaintiffs shall file a motion pursuant to Fed. R. Civ. P. 41(a) dismissing with prejudice its Complaint except as to the issue of costs of litigation, including attorneys fees.

5. The parties jointly request that the case continue to be stayed pending the Clean Air Act section 113(g) public comment process and pending satisfaction of the settlement in the event EPA gives final consent to the agreement.

WHEREFORE, the parties respectfully request that the Court enter an order continuing to hold this case in abeyance pending the public comment process and, if the settlement becomes final following the public comment process, satisfaction of the proposed settlement that the parties have negotiated.

Respectfully submitted,

_____
Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Ste. 1
Berea, KY 40403
(859) 986-5402

Counsel for Plaintiffs

Matthew J. McKeown
Acting Assistant Attorney General
Environment & Natural Resources
        Division

_____
Eric G. Hostetler

2

        Environmental Defense Section
        Environment & Natural Resources
            Division
        U.S. Department of Justice
        P.O. Box 23986
        Washington, D.C. 20026-3986
        (202) 305-2326

        <u>Of Counsel</u>

        Apple Chapman
        Office of General Counsel
        U.S. Environmental Protection Agency
        1200 Pennsylvania Ave., N.W.
        Washington, D.C.  20460

        Vera Kornylak
        Office of Regional Counsel
        U.S. Environmental Protection Agency
        Sam Nunn Atlanta Federal Center
        61 Forsyth Street, S.W.
        Atlanta, GA 30303-8960

        Counsel for Defendant EPA

Dated: February 20, 2007