IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civ. Action No. 06-CV-1350 (GK) |
| STEPHEN L. JOHNSON, *et al.* ) ) | |
| Defendants. ) ) | |

[PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Govern Further Proceedings [Doc. ], and for good cause shown, it is hereby ORDERED that the case be held in abeyance pending the public comment process required by 42 U.S.C. § 7413(g) and, if after the public comment period the Defendants give their consent to the settlement agreement, during the satisfaction of a proposed settlement that the parties have negotiated.

_____ \_\_\_\_, 2007      _____
                                                                             GLADYS KESSLER
                                                                             United States District Judge

1