IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> STEPHEN L. JOHNSON, *et al.* ) <br> ) <br> Defendants. ) | Civ. Action No. 06-CV-1350 (GK) <br> [No deadlines] |

**UNOPPOSED MOTION TO DISMISS EXCEPT AS TO COSTS OF LITIGATION, INCLUDING ATTORNEYS' FEES**

Plaintiffs, the Center for Biological Diversity, Preston Forsythe, and Hilary Lambert respectfully request that the Court dismiss this case with prejudice except as to the issue of costs of litigation, including attorneys' fees. The parties entered into a settlement agreement on Feb 14, 2007. Defendants Stephen L. Johnson and the United States Environmental Protection Agency [collectively "EPA"] completed their obligations under the settlement agreement on January 11, 2008. However, the settlement agreement provides that the parties agree that the dismissal will not affect Plaintiffs' right to file a motion for costs of litigation, including attorneys' fees. Plaintiffs will file such a motion shortly. Undersigned counsel has contacted Defense Counsel who stated that Defendants do not oppose this Motion.

Therefore, Plaintiffs request that the Court dismiss this action with prejudice except for the issue of costs of litigation, including attorneys' fees.

Respectfully submitted,

                                                       \_\_\_s/Robert Ukeiley_____  
                                                       Robert Ukeiley (MD14062)  
                                                       Law Office of Robert Ukeiley  
                                                       435R Chestnut Street, Ste. 1  
                                                       Berea, KY 40403  
                                                       Tel: (859) 986-5402  
                                                       Fax: (866) 618-1017  
                                                       E-mail: rukeiley@igc.org

                                                       Counsel for Plaintiffs

DATED:  February 13, 2008