IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil. Action No. 06-1350 (GK) |
| STEPHEN L. JOHNSON, *et al.* | ) ) ) |
| Defendants. | ) ) |

[PROPOSED] ORDER

Currently before the Court is Plaintiffs' Unopposed Motion to Dismiss Except as to Costs of Litigation, Including Attorneys' Fees [Doc. ]. As there is no opposition, and for good cause, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. This matter is DISMISSED WITH PREJUDICE except as to the issue of costs of litigation, including attorneys' fees.


_____ ____, 2008          _____
                                 GLADYS KESSLER
                                 United States District Judge

**Copies via ECF to all counsel of record**

1