IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action NO. 06-CV-1350 (GK) ) |
| STEPHEN L. JOHNSON *et al.*, | ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF TIMOTHY BALLO IN SUPPORT OF PLAINTIFF'S
MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

I, Timothy Ballo, do declare, and if called as a witness would testify as follows:

1. I am an attorney licensed to practice in Virginia and the District of Columbia. I am submitting this declaration in support of Plaintiff's motion for attorney fees and costs. I have personal knowledge of the facts set forth herein and am competent to testify as to them if called as a witness.

2. I am a member in good standing with the Virginia State Bar and the District of Columbia Bar and am admitted to practice before the United States Courts of Appeals for the First, Fourth, and District of Columbia Circuits, the United States District Courts for the District of Columbia and the Eastern District of Virginia, and the state courts of the District of Columbia and the Commonwealth of Virginia.

3. In May 2004, I graduated from Washington & Lee University School of Law.

4. I was sworn into the Virginia Bar on October 31, 2005 and the District of

DECLARATION OF TIMOTHY BALLO -- 1

Columbia Bar on October 12, 2007.

5. I was an intern for Robert Ukeiley at the Georgia Center for Law in the Public Interest while I was in law school. After law school, I worked for Robert on a part-time basis until January 2007, when I took a position at Earthjustice in Washington, D.C. working on global warming-related litigation.

6. Attached as Exhibit 1 is an accurate copy of my billable hours spent working on this case based on contemporaneous records of my work. I kept careful records throughout the course of my work in this litigation, knowing that full compensation would be based on attorneys' fees recovered as part of a settlement or judgment. I have carefully inspected my time records and have exercised my billing judgment to claim fees that were legitimate, necessary, and non-duplicative. My records establish that I am entitled to 8 hours.

7. I performed all of the work reflected in Exhibit 1 in New York City, where I then resided.

8. I have not represented any clients in a Kentucky court. I have also never charged a client a market rate for my time.

9. A reasonable hourly rate, which I am requesting for this work, is $115 per billable hour based on the United States Attorney's Office Laffey Matrix, which can be accessed at http://www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_6.html. Since I performed the work before I was sworn into the Virginia bar on October 31, 2005, I am requesting a rate that falls under the "paralegal/law clerks" for 2005 – 2006.

10. At the rate of $115 per billable hour, the lodestar for my work on this case comes to $920.

I declare under penalty of perjury under the laws of the United States of America that the

DECLARATION OF TIMOTHY BALLO -- 2

foregoing is true and correct.

2/11/08    _____
Date                Timothy Ballo

DECLARATION OF TIMOTHY BALLO -- 3

Billable Hours for Timothy Ballo in TVA Paradise Deadline Case

| DATE | PROJECT | TIME | RATE | EXPENSE | TOTAL |
|---|---|---|---|---|---|
| 9/25/05 | Review email from RU re: drafting NOI | 0.2 | $115 | ---------- | $23.00 |
| 9/28/05 | Review petition & EPA permit objection & Draft NOI Letter | 5.2 | $115 | ---------- | $598.00 |
| 9/30/05 | Revise NOI Letter | 1.7 | $115 | ---------- | $195.50 |
| 10/27/05 | Search 40 CFR § 71 for deadline on EPA-issued permit | 0.9 | $115 | ---------- | $103.50 |
| | | | | | |
| | | | | TOTAL | $920.00 |

EXHIBIT 1 TO DECLARATION OF TIMOTHY BALLO -- 1