IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHEN L. JOHNSON *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action NO. 06-CV-1350 (GK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF PAT GALLAGHER IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS

I, Pat Gallagher, do declare, and if called as a witness would testify as follows:

    1.    I am the Director of the Sierra Club's Environmental Law Program. I am submitting this declaration in support of Plaintiff's motion for attorney fees and costs (filed herewith). I have personal knowledge of the facts set forth herein and am competent to testify as to them if called as a witness.

    2.    The Sierra Club was founded in 1892 and is the nation's oldest grassroots environmental organization. The Sierra Club is incorporated in California, and has its headquarters in San Francisco, California. It has more than 710,000 members nationwide,

    3.    The Sierra Club has over 100 cases on its litigation docket. The Environmental Law Program has 11 staff attorneys. We rely to a significant degree on outside counsel. The outside counsel include staff attorneys at non-profit environmental law firms, laws at "traditional law firm" and private practice public interest environmental laws like Robert Ukeiley, Plaintiffs' counsel in this case.

DECLARATION OF PAT GALLAGHER -- 1

4.  Without outside counsel, the Sierra Club could not achieve the level of environmental protection that it achieves. Without the recovery of reasonable market rates, the Sierra Club would not be able to obtain the amount of representation that it obtains from outside counsel and thus would not be able to achieve the level of environmental protection that it achieves.

5.  Robert Ukeiley has represented the Sierra Club in a variety of matters for over a decade. All of this work has been on a *pro bono* basis. By *pro bono*, I mean (1) work in which Ukeiley receives no compensation from anyone regardless of the outcome; (2) work in which we pay Ukeiley a fraction of what anyone would consider a fair market rate; and (3) fee-shifting in cases in which where is a hope that we will prevail and Ukeiley will get paid based on the recovery of fees from the defendants via a court order or settlement.

6.  I consider Ukeiley to be one of the most knowledgeable public interest environmental lawyers regarding Clean Air Act matters, and especially Clean Air Act matters involving power plants, such as this case, in the country.

7.  Since Ukeiley opened in October of 2003, his private practice public interest environmental with his office in Kentucky, Ukeiley has provides the Sierra Club with thousands of billable hour on a *pro bono* basis. See e.g. Sierra Club v. Johnson, 05cv02177 (RMC)(D.D.C.); Sierra Club v. Administrator, U.S. EPA, 496 F.3d 1182 (11th Cir. 2007); Sierra Club v. Georgia Power Co., 443 F.3d 1346 (11th Cir. 2006); Sierra Club v. Georgia Power Co., 365 F. Supp.2d 1297 (N.D.Ga. 2004) rev'd 443 F.3d 1346 (11th Cir. 2006); Sierra Club v. Dayton Power & Light, 04-cv-905 (S.D. Ohio).

8.  If a court were to impose a financial disincentive on Ukeiley to take fee-shifting cases, that is if Ukeiley were to get paid less in his fee-shifting cases then he actually gets paid

DECLARATION OF PAT GALLAGHER -- 2

by clients paying him market rates, there could be an actual decrease in the amount of environmental protection the Sierra Club and others could provide.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/8/08
Date

*[signature: Pat Gall...]*
Pat Gallagher

DECLARATION OF PAT GALLAGHER -- 3