UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1350 (GK) |
| **STEPHEN L. JOHNSON**, *et al.*, | : |
| Defendants. | : |

## ORDER

Currently before the Court is Plaintiffs' Unopposed Motion to Dismiss Except as to Costs of Litigation, Including Attorneys' Fees. As there is no opposition, and for good cause, it is hereby

**ORDERED**, that Plaintiffs' Motion is **granted**. This matter is **dismissed with prejudice** except as to the issue of costs of litigation, including attorneys' fees.


February 19, 2008                    /s/
                                     Gladys Kessler
                                     United States District Judge


**Copies via ECF to all counsel of record**