IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
CENTER FOR BIOLOGICAL                   )
DIVERSITY, et al.                       )
                                        )
            Plaintiffs,                 )
                                        )
            v.                          )          Civ. Action No. 06-CV-1350 (GK)
                                        )
STEPHEN L. JOHNSON, et al.              )
                                        )
            Defendants.                 )
_____)

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Defendants Stephen L. Johnson, in his official capacity as Administrator, United States

Environmental Protection Agency, and United States Environmental Protection Agency

(collectively "EPA"), hereby move for a 30-day extension of time until March 28, 2008, to

respond to Plaintiffs' motion for attorney's fees and costs in this matter.  This motion is

unopposed.  In support of this motion, EPA states as follows:

1.      Plaintiffs brought claims relating to EPA's oversight of the Commonwealth of

Kentucky's regulation of air emissions from a coal-fired power plant in Muhlenberg County,

Kentucky.

2.      The parties entered into a settlement agreement, and the case was held in abeyance

pending completion of EPA's obligations under the settlement agreement.

3.      On February 13, 2008, Plaintiff filed an unopposed motion to dismiss its

Complaint, except with respect to fees and costs.   Plaintiff additionally filed on February 13,

2008, a motion for attorneys' fees and costs, along with a 45-page memorandum in support

thereof.

4.      Because undersigned counsel for EPA has a number of other federal court briefing deadlines in the next several weeks, undersigned counsel requires a 30-day extension of time, or until March 28, 2008, to respond to Plaintiff's motion for attorneys' fees and costs.

5.      Counsel for Plaintiffs , Robert Ukeiley, has advised undersigned counsel that he does not object to this request for an extension.

WHEREFORE, EPA requests an extension of time until March 28, 2008, to file a response to Plaintiffs' motion for attorneys' fees and costs.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources
    Division
U.S. Department of Justice

_____/s/_____
ERIC G. HOSTETLER, Attorney
D.C. Bar No. 445917
Environmental Defense Section
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C.  20026-3986
(202) 305-2326
E-mail: eric.hostetler@usdoj.gov

Of Counsel

APPLE CHAPMAN
Office of General Counsel
United States Environmental Protection Agency
1200 Pennsylvania Ave., N.W.
Washington, D.C.  20460

 

                                                  VERA KORNYLAK
Office of Regional Counsel
United States Environmental Protection Agency
Sam Nunn Atlanta Federal Center
61 Forsyth Street, S.W.
DATED: February 20, 2008         Atlanta, GA 30303-8960