THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <u>et al.</u> | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civ. Action No. 06-CV-1350 (GK) |
| STEPHEN L. JOHNSON, <u>et al.</u> | )<br>)<br>) |
| Defendants. | )<br>) |

**[proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Motion for Attorneys' Fees and Costs, and for good cause shown, it is hereby ORDERED, that Defendants shall have until March 28, 2008 to respond to Plaintiffs' Motion for Attorneys' Fees and Costs.

_____
Hon. Gladys Kessler
United States District Judge