IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STEPHEN L. JOHNSON *et al.*, )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action NO. 06-CV-1350 (GK)<br>Next Deadline: Defendants' Opposition to Plaintiffs' Motion for Fees due March 28, 2008 |

**PLAINTIFFS' NOTICE OF FILING CORRECTED DECLARATION OF ASHLEY D. WILMES IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

On February 13, 2008, Plaintiffs filed the Declaration of Ashley D. Wilmes in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs. See Dk. # 18-4. However, Plaintiffs accidentally failed to attach Exhibit B to this Declaration. Therefore, Plaintiffs are now filing a corrected declaration that includes Exhibit B. This declaration has not otherwise been changed.

Respectfully submitted,

_____
Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Ste. 1
Berea, KY 40403
Telephone: (859) 986-5402
Facsimile: (866) 618-1017
E-mail: rukeiley@igc.org

Counsel for Plaintiffs

Dated: March 25, 2008