IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action NO. 06-CV-1350 (GK) ) |
| STEPHEN L. JOHNSON *et al.*, | ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF ASHLEY D. WILMES IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

I, Ashley D. Wilmes, do declare, and if called as a witness would testify as follows:

1.  I am an attorney licensed to practice in Kentucky. I am submitting this declaration in support of Plaintiff's motion for attorney fees and costs (filed herewith). I have personal knowledge of the facts set forth herein and am competent to testify as to them if called as a witness.

2.  I am a member in good standing with the Kentucky Bar Association and am admitted to practice before the Kentucky Supreme Court.

3.  In 2002, I graduated from the University of Oregon School of Law. I obtained a Certificate in Environmental and Natural Resources Law, certifying completion of a full course of study in the environmental area.

4.  In 2007, while working on this case, I lived in Emmaus, Pennsylvania. Emmaus is in the Eastern District of Pennsylvania, although I did not take any Pennsylvania cases.

5.  I currently live in Boulder, Colorado, where I spent 2.8 hours working on this case.

DECLARATION OF ASHLEY WILMES -- 1

6. I am requesting an hourly rate of $245 per billable hour based on the United States Attorney's Office Laffey Matrix, which can be accessed at http://www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_6.html. A true and correct image of that web page, accessed February 1, 2008, is attached hereto as Exhibit A. Since I graduated in 2002, my work in 2006-2007 falls under the "4-7 years" row. All of my billable hours in this case were expended in 2007 and 2008.

7. I maintained contemporaneous records of the time spent in this case and have attached a true and accurate copy of my hourly billing record as Exhibit B to this declaration. I kept careful records throughout the course of my work in this litigation, knowing that any compensation would be based on attorneys' fees recovered as part of the settlement or judgment. However, my billing records actually underestimate the amount of time I have spent on this case, as my records do not capture some small tasks, such as the occasional brief email or phone call. I have carefully inspected my time records and have exercised my billing judgment to claim fees that were legitimate, necessary, and non-duplicative. My records establish that I am entitled to 28.5 hours. However, to avoid wasting judicial resources arguing over trivial amounts, I am exercising my billing discretion and reducing my hours by approximately 15% to 24.2 hours.

8. At the rate of $245 per billable hour, the lodestar for my work on this case comes to $5929.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/1/08
Date

Ashley D. Wilmes

DECLARATION OF ASHLEY WILMES -- 2

# EXHIBIT A



# UNITED STATES ATTORNEY'S OFFICE
## FOR THE DISTRICT OF COLUMBIA

555 4TH STREET, NW
WASHINGTON, DC 20530
(202) 514-7566

SEARCH
HOME
U.S. ATTORNEY
ABOUT US
DIVISIONS
COMMUNITY PROSECUTION
PROGRAMS FOR YOUTH
VICTIM WITNESS ASSISTANCE
PARTNERSHIPS
PRESS RELEASES
EMPLOYMENT
ESPAÑOL
CONTACT US
LINKS
SITE MAP

## LAFFEY MATRIX 2003-2007

| Experience | 03-04 | 04-05 | 05-06 | 06-07 |
|---|---|---|---|---|
| 20+ years | 380 | 390 | 405 | 425 |
| 11-19 years | 335 | 345 | 360 | 375 |
| 8-10 years | 270 | 280 | 290 | 305 |
| 4-7 years | 220 | 225 | 235 | 245 |
| 1-3 years | 180 | 185 | 195 | 205 |
| Paralegals & Law Clerks | 105 | 110 | 115 | 120 |

Years (Rate for June 1 - May 31, based on prior year's CPI-U)

**Explanatory Notes**

1. This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does not apply in cases in which the hourly rate is limited by statute. See 28 U.S.C. § 2412(d).

2. This matrix is based on the hourly rates allowed by the District Court in *Laffey v. Northwest Airlines, Inc.*, 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "Laffey Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). *See Laffey*, 572 F. Supp. at 371.

3. The hourly rates approved by the District Court in *Laffey* were for work done principally in 1981-82. The Matrix begins with those rates. *See Laffey*, 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $3 of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban

# EXHIBIT B

## Exhibit B

**Billing records for Ashley Wilmes:** *Center for Biological Diversity v. Johnson*

| **Date** | **Time** | **Description** |
|---|---|---|
| 9/24/07 | 1.3 | Reviewed pleadings |
| 9/24/07 | 1.1 | Reviewed sample motions for fees; outlined CBD's motion for fees |
| 9/25/07 | 2.9 | Read Salazar case; Drafted notes for fees motion, including relevant cases; drafting motion for fees |
| 9/27/07 | 0.4 | Research on pendant venue and reading caselaw for motion |
| 9/27/07 | 1.8 | Read Davis and other cases relevant to forum rates; notes for motion based on these cases |
| 9/27/07 | 0.8 | Drafting motion for fees |
| 9/28/07 | 2.9 | Drafting motion for fees - facts section |
| 9/30/07 | 1.2 | Drafting motion for fees - background |
| 10/1/07 | 2.7 | Drafting motion for fees - hourly rate |
| 10/2/07 | 3.7 | Motion for fees - reviewed D.C. Laffey Matrix rates; correct legal market for Ukeiley, Baldwin and Ballo |
| 10/3/07 | 4.6 | Drafting motion for fees on venue issue |
| 10/4/07 | 2.3 | Reviewed attorney hours; revised and finalized motion for fees; sent to Robert Ukeiley |
| 1/21/08 | 2.1 | Research on time that is recoverable for opposing a motion before settlement; reviewed cases |
| 1/23/08 | 0.7 | Drafted affidavit in support of plaintiff's motion for award of attorney fees |

Total = 28.5 hours